1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAINA SILVERMAN and TYLER KIMBROUGH, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; BROOKFIELD RESIDENTIAL PROPERTIES LLC; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; GREYSTAR REAL ESTATE PARTNERS, LLC; AVALONBAY COMMUNITIES, INC.; TF CORNERSTONE, INC.; and ROSE ASSOCIATES INC.,<br><br>Defendants. | No. 2:22-cv-01740-RSL<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Shaina Silverman and Tyler Kimbrough (collectively, "Plaintiffs") and Defendants RealPage, Inc., Brookfield Residential Properties LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, AvalonBay Communities, Inc., TF Cornerstone, Inc., and Rose Associates, Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on December 8, 2022. ECF No. 1;

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO
RESPOND TO COMPLAINT
No. 2:22-cv-01740
1

WHEREAS, Plaintiffs served Brookfield Residential Properties, LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, TF Cornerstone, Inc., and Rose Associates, Inc. with process on or about January 23 and 24, 2023, and RealPage, Inc. and AvalonBay Communities, Inc. waived service;

WHEREAS, the Complaint asserts claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, as of the date of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in District Courts in Arizona, California, Colorado, the District of Columbia, Florida, Massachusetts, Tennessee, Texas, and other cases in Washington, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s revenue management software;

WHEREAS, on January 4, 2023, certain Stipulating Defendants and defendants named in other actions filed a motion pursuant to 28 U.S.C. § 1407 ( the "1407 Motion") before the U.S. Judicial Panel on Multidistrict Litigation ("JPML") to transfer this case and others to the U.S. District Court for the Northern District of Texas for consolidated pretrial proceedings;

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agreed that party and judicial efficiency would be best served by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

WHEREAS, similar orders have been entered in other related cases subject to the 1407 Motion, including: *Weaver v. RealPage, Inc. et al.*, No. 1:22-cv-03224 (D. Colo.), *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552 (W.D. Wash.), *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.);

WHEREAS, Defendant Brookfield Residential Properties LLC was misnamed, and the correct entity is Brookfield Properties Multifamily LLC;

WHEREAS, Plaintiffs and the Stipulating Defendants have conferred and agree that the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint should be suspended and should be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

WHEREAS, Plaintiffs and the Stipulating Defendants have agreed to file a joint status report with the Court by April 21, 2023.

In making this stipulation, the Stipulating Defendants do not waive, in this or any other action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P. 12; (ii) affirmative defenses under Fed. R. Civ. P. 8, including defenses based on class action waivers; (iii) other statutory or common law defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or consolidated alternatives, including to seek arbitration. The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the Complaint or any original, amended, or consolidated complaint that may be filed in this or any other action.

THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 10th day of February, 2023.

We certify that this memorandum contains 1,671 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| /s/ *Steve W. Berman* | /s/ *Heidi Bradley* |
| Steve W. Berman (WSB No. 12536) | Heidi Bradley (WSBA No. 35759) |
| steve@hbsslaw.com | hbradley@bradleybernsteinllp.com |
| Breanna Van Engelen (WSB No. 49213) | BRADLEY BERNSTEIN SANDS LLP |
| breannav@hbsslaw.com | 113 Cherry Street, PMB 62056 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Seattle, Washington 98104-2205 |
| 1301 Second Avenue, Suite 2000 | |
| Seattle, WA 98101 | Darin Sands (WSBA No. 35865) |
| Telephone: (206) 623-7292 | dsands@bradleybernsteinllp.com |
| | BRADLEY BERNSTEIN SANDS LLP |
| *Counsel for Plaintiffs Shaina Silverman and Tyler Kimbrough, Individually and on Behalf of All Others Similarly Situated* | 1425 SW 20th Ave., Suite 201 |
| | Portland, OR 97201 |

/s/ *Jeremy J. Calsyn*  
Jeremy J. Calsyn (*pro hac vice* forthcoming)  
jcalsyn@cgsh.com  
Leah Brannon (*pro hac vice* forthcoming)  
lbrannon@cgsh.com  
Kenneth Reinker (*pro hac vice* forthcoming)  
kreinker@cgsh.com  
CLEARY GOTTLIEB STEEN & HAMILTON LLP  
2112 Pennsylvania Avenue, NW  
Washington, DC 20037  
Telephone: (202) 974-1522  

Joseph M. Kay (*pro hac vice* forthcoming)  
jkay@cgsh.com  
CLEARY GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, NY 10006  
Telephone: (212) 225-2745  

*Counsel for Defendant Cushman & Wakefield, Inc.*

/s/ *Carl W. Hittinger*  
Carl W. Hittinger (*pro hac vice* forthcoming)  
chittinger@bakerlaw.com  
BAKER & HOSTETLER LLP  
1735 Market Street, Suite 3300  

/s/ *Stephen Weissman*  
Stephen Weissman (*pro hac vice* forthcoming)  
sweissman@gibsondunn.com  
Michael J. Perry (*pro hac vice* forthcoming)  
mjperry@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, NW  
Washington, DC 20036  
Telephone: (202) 955-8678  

Jay Srinivasan (*pro hac vice* forthcoming)  
jsrinivasan@gibsondunn.com  
Daniel G. Swanson (*pro hac vice* forthcoming)  
dswanson@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
333 South Grand Avenue  
Los Angeles, CA 90071  
Telephone: (213) 229-7430  

Ben A. Sherwood (*pro hac vice* forthcoming)  
bsherwood@gibsondunn.com  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, NY 10166  
Telephone: (212) 351-2671

| | |
|---|---|
| Philadelphia, PA 19103<br>Telephone: (215) 564-2898 | *Counsel for Defendant RealPage, Inc.* |
| | */s/ Michael M. Maddigan* |
| Curt Roy Hineline (WSBA No. 16317)<br>chineline@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>999 Third Avenue, Suite 3900<br>Seattle, WA 98104-4040<br>Telephone: (206) 332-1380 | Michael M. Maddigan (*pro hac vice* forthcoming)<br>michael.maddigan@hoganlovells.com<br>Vassi Iliadis (*pro hac vice* forthcoming)<br>vassi.iliadis@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4727 |
| *Counsel for Defendant Equity Residential* | |
| */s/ Belinda S Lee* | |
| Belinda S Lee (*pro hac vice* forthcoming)<br>belinda.lee@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 395-8851 | William L. Monts, III (*pro hac vice* forthcoming)<br>william.monts@hoganlovells.com<br>Benjamin F. Holt (*pro hac vice* forthcoming)<br>benjamin.holt@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-6440 |
| E. Marcellus Williamson (*pro hac vice* forthcoming)<br>marc.williamson@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2203 | *Counsel for Defendant Greystar Real Estate Partners, LLC* |
| | */s/ Jeremy Roller* |
| *Counsel for Defendant AvalonBay Communities, Inc.* | Jeremy Roller (WSBA No. 32021)<br>jroller@aretelaw.com<br>ARETE LAW GROUP PLLC<br>1281 Third Avenue, Suite 2100<br>Seattle, WA 981010<br>Telephone: (206) 428-3250 |
| */s/ Richard P. Sybert* | |
| Richard P. Sybert (WSBA No. 8357)<br>rsybert@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: (206) 321-5222 | */s/ Yehudah L. Buchweitz* |
| | Yehudah L. Buchweitz (*pro hac vice* forthcoming)<br>yehudah.buchweitz@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8256 |
| *Counsel for Defendant Rose Associates, Inc.* | |
| */s/ Kelly M. Drew* | |
| Kelly M. Drew (WSBA No. 39407)<br>kdrew@grsm.com<br>Brittney C. Adams (WSBA No. 55658)<br>badams@grsm.com | Jeff L. White<br>jeffwhite@weil.com<br>WEIL, GOTSHAL & MANGES LLP |

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01740
5

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: (509) 241-8865<br><br>*Counsel for Defendant TF Cornerstone, Inc.* | 2001 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 682-7059<br><br>*Counsel for Defendant Brookfield Properties Multifamily LLC (Currently misnamed as Brookfield Residential Properties LLC), as manager for certain affiliated entities* |

# ORDER

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Certain Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Brookfield Residential Properties LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, AvalonBay Communities, Inc., TF Cornerstone, Inc., and Rose Associates, Inc. to answer, move to dismiss, or otherwise respond to the Complaint is hereby suspended and shall be set on the same date as the deadline ultimately established for *Alvarez et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01617 (W.D. Wash.), *Cherry et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01618 (W.D. Wash.), *Morgan et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01712 (W.D. Wash.), and *Armas et al. v. RealPage, Inc. et al.*, No. 2:22-cv-01726 (W.D. Wash.).

Plaintiffs and Defendants RealPage, Inc., Brookfield Residential Properties LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, AvalonBay Communities, Inc., TF Cornerstone, Inc., and Rose Associates, Inc. shall file a joint status report with the Court by April 21, 2023.

Dated this 13th day of February, 2023.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01740
7

Case 3:23-cv-00335   Document 22   Filed 02/13/23   Page 7 of 7 PageID #: 106