UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TYLER KIMBROUGH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:23-cv-00335 |
| REALPAGE INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Plaintiff has filed a Notice of Dismissal Without Prejudice of Defendant TF Cornerstone, Inc. (Doc. No. 65). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against TF Cornerstone, Inc. Claims against the remaining defendants are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE